# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
## PURSUANT TO 28 U.S.C. §1915

Theodora Antar, J.V., A.L. ,
Plaintiff(s),

v.                                                         Case No. _____

Matthew J. Lodice, et al ,
Defendant(s)

I request leave to commence this civil action without prepayment of fees, costs, or security therefor pursuant to 28 U.S.C. §1915. In support of my request, I submit the attached financial affidavit and state that:

(1) I am unable to pay such fees, costs, or give security therefor.
(2) I am entitled to commence this action against the defendant(s).
(3) I request that the Court direct the United States Marshal's Service to serve process in this matter.

_____
Original Signature

Theodora Antar
Name (print or type)

856 Shagbark drive
Street Address

Orange          CT          06477
City            State       Zip Code

203-273-8419
Telephone Number

JUL 28 2023 AM 10:07
FILED-USDC-CT-NEW HAVEN

1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FINANCIAL AFFIDAVIT IN SUPPORT OF
MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS
PURSUANT TO 28 U.S.C. §1915

Theodore Antar, A.L., J.V.,
Plaintiff(s),

v.                                                  Case No. ----------------------

Matthew J. Lodice, et al.,
Defendant(s).

I declare that:

    (1)    I am unable to pay such fees, costs, or give security therefor.

    (2)    I am entitled to commence this action against the defendant(s).

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true.

**MARITAL STATUS**
Single _____ Married _____ Separated _____ Divorced ✓
If separated or divorced, are you paying any support? Yes ✓ No _____
Dependents: Spouse _____ Children # 2 Others # _____
Describe any others you support: _____
How many children **under the age of 18** do you support financially? 2

**RESIDENCE**
Street Address: 856 Shagpark drive
City: Orange    State: CT
Zip Code: 06477    Telephone: 203-279-8419

**EDUCATION**
Please circle the highest level of formal education you have received:
Grammar School    K 1 2 3 4 5 6 7 8    High School    9 10 11 12
College    1 2 3 4    Post-Graduate    (1) 2 3 4

2

**INCOME**
If <u>employed</u> at present, complete the following:
Name of employer: _____
Address of employer: _____
How long have you worked for this employer? _____
Gross weekly income before taxes or other deductions: _____

If <u>self-employed</u> state gross weekly income before taxes and deductions: _____
What is the nature of your employment? _____

If <u>unemployed</u> at present, complete the following:
I have been unemployed since (DATE): March/April 2023
The name of my last employer: Self-Employed
Address: _____ Telephone #: ( ) _____
Last gross weekly income received: 450

If <u>spouse</u> is employed, please complete the following:
Name of employer:_____
How long employed: _____
Gross weekly income before taxes or other deductions: _____
What is the nature of spouse's employment? _____

If receiving <u>government cash benefits (such as SAGA or AFDC)</u>, complete the following:
I have been receiving these benefits since: _____
I am receiving $_____ per month for myself and the following family
members _____.

If receiving <u>social security</u>, <u>disability</u>, <u>workers' compensation</u> or <u>unemployment</u> benefits,
complete the following:
I have been receiving (TYPE) _____ benefits since (DATE) _____.
I am receiving $_____ per month.

Do you receive <u>any other income</u>, of any kind?    Yes  X   No ____
If yes, how much? $__147__ per __week__ (week, month, or year)
What is the source of this income? _____
Child Support

**ASSETS**
Do you own any real property, such as land or a house?  Yes ____  No X
If yes, what kind of property is it?_____
Property Address: _____
Whose name is the property in? _____
Estimated value:_____

3

Amount owed: _____ Owed to: _____
Total: _____ Monthly payment _____
Annual income from rental or other use of property: _____

Other property:
Automobile:   Make _____ Model _____ Year _____
Registered owner(s) name(s): _____
Present value of automobile: _____ Amount Owed: _____

Do you own any other valuable property, such as boats, motorcycles, or machinery?
If yes, please describe the property and provide its estimated value:

_____
_____
_____

Cash on hand:
Balance in savings, money market, and similar accounts: _____
Balance in checking accounts: _____

Stocks, bonds, mutual funds or other investments owned:
Total value of investments: _____
Describe the nature of the investments: _____

**OBLIGATIONS:**
Monthly rental on house or apartment:             $ _____
Monthly mortgage payment on house:                $ 1650
Gas/heating oil bill per month:                   $ 256
Electric bill per month:                          $ 405
Phone bill per month:                             $ 100
Car payments per month:                           $ _____
Car insurance payments per month:                 $ 247
Other types of insurance payments per month       $ _____
Monthly payments on outstanding debts:            $ 800
    Please list:_____          $ _____
    Please list:_____          $ _____
    Please list:_____          $ _____
    Please list:_____          $ _____
Alimony or child support payments:                $ 333.67
Estimated monthly expenditure on food:            $ 850
Estimated monthly expenditure on clothing:        $ 20
Other necessary expenditures:
    _____              $ 200

**Total amount of monthly obligations:**          $ 4855.67

4

Do you owe any money other than mortgage or auto loans?
List the amount of each debt below, and to whom it is owed.
    Debt owed to: _____ $_____
    Debt owed to: _____ $_____
    Debt owed to: _____ $_____

Other information pertinent to financial status:

I am a law student unable to work single mom struggling to pay bills

**PREVIOUS LITIGATION:**
If you have ever filed a case in federal court, provide the following information for each case you have filed. **All prior cases must be listed.** If you need additional space, please continue on a separate sheet.

| | Case Number | Case Caption | Disposition of Case |
|---|---|---|---|
| 1. | 3:23-CV-00983-JAM | filed | 7/24/23 |
| 2. | 3:23-CV-00984-JAM | filed | 7/24/23 |
| 3. | 3:23-CV-00985-JAM | filed | 7/24/23 |
| 4. | 3:23-CV-00986-JAM | filed | 7/24/23 |

Caption for all 4 is "Antar V Lodice"

**DECLARATION UNDER PENALTY OF PERJURY**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Date: 7/28/23

_____
**Original Signature of Affiant**

(Rev. 9-17-20)