UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

AUG 1 2023 AM 10:44
FILED-USDC-CT-NEW HAVEN

Theodora Antar et al             , Plaintiff

V.

Matthew J. Lodice et al          , Defendant

Case No. 23-CV-1021
[Put case number here]

CONSENT TO ELECTRONIC NOTICE
BY SELF-REPRESENTED LITIGANT

A.   [Complete the first line for electronic notification from the court]

I, Theodora Antar _____ hereby consent to the court
        (name of self-represented litigant)
using my email address, as listed below, for the purpose of sending me notification of orders and notices issued by the court.

B.   [Complete the second line for electronic service from opposing counsel; DO NOT COMPLETE THIS LINE IF YOU WANT OPPOSING COUNSEL TO SEND PAPERS BY REGULAR MAIL]

I, Theodora Antar _____ hereby consent to opposing
        (name of self-represented litigant)
counsel using my email address, as listed below, for the purpose of sending me papers filed with the court.

   In the event I change my email provider or discontinue my email service, I will notify the court immediately of the address change so my court records may be updated.

Theodora Antar
Name of Self-represented Litigant

856 Shagbark Drive
Street Address

Orange, CT, 06477
City, State, Zip Code

203-273-8419
Telephone

theodoraantar@gmail.com
Email Address

07/31/2023
Date

Signature

Certificate of Service

I hereby certify that on  7/31/23    [date], a copy of the foregoing "Motion by Self-represented Litigant to Participate in Electronic Filing" was filed and served by mail on the following:  [insert name and address of every person served].

*Theodora Antar*
Signature of Self-represented Litigant

Revised: November 29, 2017