UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THEODORA F. ANTAR | ) | Civil Action No. 3:23-cv-01021-JAM |
| PLAINTIFF | ) | |
| v | ) | |
| | ) | |
| MATTHEW J. LODICE | ) | |
| DEFENDANT | ) | August 6, 2023 |
| _____ | ) | |

**<u>DISCLOSURE STATEMENT</u>**

The Plaintiff in the above captioned matter hereby files this disclosure statement in accordance with the Federal Rules of Civil Procedure stating that Plaintiff is an individual and not a corporate entity.

Respectfully submitted,

is/ Theodora Antar

*Plaintiff, Pro Se*

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com  (203)273-8419

1

## **CERTIFICATION**

I hereby certify that on August 4, 2023, a copy of the foregoing was filed electronically.

Sent Electronically to:

Matthew Lodice

48 Quarry Hill Rd, Waterbury, CT, 06706

matthewlodice@gmail.com