UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| THEODORA F. ANTAR  ) | | Civil Action No. 3:23-cv-01021-JAM |
|     PLAINTIFF  ) | | |
| v  ) | | |
|   ) | | |
| MATTHEW J. LODICE  ) | | |
|     DEFENDANT  ) | | August 6, 2023 |
| _____) | | |

**AMICUS CURIAE APPEARANCE**

    Attorney Lizelle Martin hereby enters her appearance as an Amicus Curiae in the above captioned matter for the purposes of providing this court with an Amicus Curiae brief.

Respectfully submitted,

is/ Lizelle Martin, Esq

*Amicus Curiae*

PO Box 437, Eureka, MO, 63205

[lizellemartinlegalservices@gmail.com](mailto:lizellemartinlegalservices@gmail.com) (804)789-4957

1

## **CERTIFICATION**

I hereby certify that on August 4, 2023, a copy of the foregoing Response by plaintiff to Show Good Cause was filed electronically.

Sent Electronically to:

Matthew Lodice

48 Quarry Hill Rd, Waterbury, CT, 06706

matthewlodice@gmail.com

Theodora F. Antar

856 Shagbark Drive, Orange, CT, 06477

theodoraantar@gmail.com (203)273-8419