5G

### Re: Bowling `Sent`



**Theodora Antar**
Sent Jul 14, 2023 at 5:00 PM

To:  Matthew  Iodice (Never viewed)

I want to see angelina. Can you bring her to me with a supervisor right now ?

From Theodora Antar on Jul 14, 2023 at 4:11 PM

You havent replied at all. You can see that you havent by the screen shots. We have plans to go to milford. Can you bring her there? Why did you ignore all my prior concerns and questions ?

From Matthew  Iodice on Jul 14, 2023 at 3:09 PM

I did reply multiple times. You just keep saying something else. I told you you need to tell me what time you want to do your supervise visit, who we will be having supervise. Letting me know if you need me to provide the supervisor or not. I and that the supervise visit will be location specific. That means we will decide what the location is, Angelina will get dropped off to you there and picked up to you there in a certain amount of time. So if it's a bowling alley, then we will pick a bowling alley that is local for us.

 Reply      Reply all



Scott ›

half-sister are all withholding from me.

That is sexual-harassment and I will be taking legal action against you and your entire family. If I get one more message from you for any reason whatsoever, I'm calling the police. I'm also going to be notifying Dcf about your drug usage and the fact that you have an unfit home environment for your daughter. You already overdosed in front of her once. Do not contact me again if I get one more message from you I'm calling the police.

Today 11:16 AM

Game on you want to start stuff like this and call DCF you already lost one kid will call  DCF on u and make sure you lose the other one

I asked you repeatedly to stop harassing me and contacting me. You now text me and make a threat to make a false report to DCF? This is harassment, threatening, and false report is a felony. I will be going to police immediately and pressing charges. Stop harassing me. Stop threatening me.

Text Message

Case 3:23-cv-01021-JAM  Document 14-1  Filed 08/06/23  Page 3 of 73



Scott >

your daughter. You already overdosed in front of her once. Do not contact me again if I get one more message from you I'm calling the police.

Today 11:16 AM

Game on you want to start stuff like this and call DCF you already lost one kid will call DCF on u and make sure you lose the other one

I asked you repeatedly to stop harassing me and contacting me. You now text me and make a threat to make a false report to DCF? This is harassment, threatening, and false report is a felony. I will be going to police immediately and pressing charges. Stop harassing me. Stop threatening me.

You're harassing me by calling DCF you're interfering with my life because yours is horrible very unnecessary stop trying to harm my child I will call the police you will have a restraining order by the end of the day

Stop texting me. I asked you to stop. This is harassment.

Text Message

12:08    LTE



Scott ›

overdosed in front of her once. Do not contact me again if I get one more message from you I'm calling the police.

Today 11:16 AM

Game on you want to start stuff like this and call DCF you already lost one kid will call  DCF on u and make sure you lose the other one

I asked you repeatedly to stop harassing me and contacting me. You now text me and make a threat to make a false report to DCF? This is harassment, threatening, and false report is a felony. I will be going to police immediately and pressing charges. Stop harassing me. Stop threatening me.

You're harassing me by calling DCF you're interfering with my life because yours is horrible very unnecessary stop trying to harm my child I will call the police you will have a restraining order by the end of the day

Stop texting me. I asked you to stop. This is harassment.

Text Message

9:21

**Re: Supervised visit** Sent

**Theodora Antar**
Sent Jul 28, 2023 at 9:21 AM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Why do I need to wait until the weekend? I want to see her right now. I just tried to call both of your phones and your mothers phone. Both you and your mother and stepfather are withholding Angelina from me and refusing to allow me to see or speak to her. This is psychological and emotional abuse and coercion. Why aren't you letting me see her? Why aren't you letting me speak to her?

From Matthew  Iodice on Jul 28, 2023 at 7:33 AM

Do you have any free time to see Angelina this weekend?

↩ Reply          ↩ Reply all

1:48



Scott ›

this and call DCF you already lost one kid will call  DCF on u and make sure you lose the other one

I asked you repeatedly to stop harassing me and contacting me. You now text me and make a threat to make a false report to DCF? This is harassment, threatening, and false report is a felony. I will be going to police immediately and pressing charges. Stop harassing me. Stop threatening me.

You're harassing me by calling DCF you're interfering with my life because yours is horrible very unnecessary stop trying to harm my child I will call the police you will have a restraining order by the end of the day

Stop texting me. I asked you to stop. This is harassment.

Today 1:36 PM

Haha another day you don't get to see your kid haha

Sucks that you're a shitty mom haha nice try calling DCF haha you still can't see your kid haha

Text Message

**Re: Supervised visit** Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 1:55 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Can you bring her to my house? She keeps asking to go there

---

From Matthew  Iodice on Jul 28, 2023 at 9:41 AM

It can be today too. What do you have in mind?

---

From Theodora Antar on Jul 28, 2023 at 9:21 AM

Why do I need to wait until the weekend? I want to see her right now. I just tried to call both of your phones and your mothers phone. Both you and your mother and stepfather are withholding Angelina from me and refusing to allow me to see or speak to her. This is psychological and emotional abuse and coercion. Why aren't you letting me see her? Why aren't you letting me speak to her?

---

From Matthew  Iodice on Jul 28, 2023 at 7:33 AM

Do you have any free time to see Angelina this weekend?

 Reply

 Reply all



5G 



**Re: Supervised visit** Sent

**TA** **Theodora Antar**
Sent Jul 28, 2023 at 1:55 PM

To: Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Can you bring her to my house? She keeps asking to go there

From Matthew  Iodice on Jul 28, 2023 at 9:41 AM

It can be today too. What do you have in mind?

From Theodora Antar on Jul 28, 2023 at 9:21 AM

Why do I need to wait until the weekend? I want to see her
right now. I just tried to call both of your phones and your
mothers phone. Both you and your mother and stepfather are
withholding Angelina from me and refusing to allow me to see
or speak to her. This is psychological and emotional abuse and
coercion. Why aren't you letting me see her? Why aren't you
letting me speak to her?

From Matthew  Iodice on Jul 28, 2023 at 7:33 AM

Do you have any free time to see Angelina this weekend?

 

1:58

5G

# Re: Supervised visit  Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 1:57 PM

To: Matthew Iodice (Never viewed)
Lizelle Martin (Never viewed)

The fact that you and your family wont let me see or speak to angelina and are now harassing me in retaliation for denying to send pornography is abuse. Why do you keep facetiming me after you were told not to by polixe? Why do you and your family keep abusing me ? I want to see my daughter.

---

From Matthew Iodice on Jul 28, 2023 at 11:50 AM

??

---

From Theodora Antar on Jul 28, 2023 at 9:21 AM

Why do I need to wait until the weekend? I want to see her right now. I just tried to call both of your phones and your mothers phone. Both you and your mother and stepfather are withholding Angelina from me and refusing to allow me to see or speak to her. This is psychological and emotional abuse and coercion. Why aren't you letting me see her? Why aren't you letting me speak to her?

---

From Matthew Iodice on Jul 28, 2023 at 7:33 AM

 Reply

 Reply all

2:47

SL

Scott ›

Text Message
Sat, Jul 1 at 4:48 PM

Hey

Sat, Jul 1 at 11:29 PM

Hey

Wats up

Sun, Jul 2 at 8:31 AM

I texted you because I was going to ask if you would be willing to "supervise" a visit yesterday so that I could have seen my daughter. Your brother has been keeping her away from me which I'm sure you know and I have been asking to see her every day and she has been asking to see me every day and every person who I offer as the supervisor he says no to and when I ask him to provide one for me like the court order says he refuses. Yesterday I tried four different people, and he said no to all of them.

I know that he sits there and talks shit about me to you and your entire family every day and every time that I try to call, it's always your sister and your mom running their mouths and

Text Message

2:47



Scott ›

I know that he sits there and talks shit about me to you and your entire family every day and every time that I try to call, it's always your sister and your mom running their mouths and your brother laughing and all of them especially matt and your mom and sister always talking shit about me in the background in front of my daughter and it is just messed up because I never did anything to hurt my child and I'm not a drug addict I don't have any untreated mental health problems, and Angelina loves me and wants to see me and it's not right to support Somebody only allowing their daughter to see their mother for a period of two days in the last five weeks.

I so I was going to see if you would've been willing to do it and come with us to go to the fireworks last night and would've picked you up and whatever and so I'm just throwing that out there to see if you would be willing to because seriously in five weeks. I've only spent less than two days total with my kid and she has been begging for me every single day every time I talk to her and it's just not fair or right because I can see her every single day, but Matthew is

Text Message

2:55

SL

Scott

Text Message
Sat, Jul 1 at 4:48 PM

Hey

Sat, Jul 1 at 11:29 PM

Hey

Wats up

Sun, Jul 2 at 8:31 AM

I texted you because I was going to ask if you would be willing to "supervise" a visit yesterday so that I could have seen my daughter. Your brother has been keeping her away from me which I'm sure you know and I have been asking to see her every day and she has been asking to see me every day and every person who I offer as the supervisor he says no to and when I ask him to provide one for me like the court order says he refuses. Yesterday I tried four different people, and he said no to all of them.

I know that he sits there and talks shit about me to you and your entire family every day and every time that I try to call, it's always your sister and your mom running their mouths and

Text Message

2:55

SL

Scott ›

I know that he sits there and talks shit about me to you and your entire family every day and every time that I try to call, it's always your sister and your mom running their mouths and your brother laughing and all of them especially matt and your mom and sister always talking shit about me in the background in front of my daughter and it is just messed up because I never did anything to hurt my child and I'm not a drug addict I don't have any untreated mental health problems, and Angelina loves me and wants to see me and it's not right to support Somebody only allowing their daughter to see their mother for a period of two days in the last five weeks.

I so I was going to see if you would've been willing to do it and come with us to go to the fireworks last night and would've picked you up and whatever and so I'm just throwing that out there to see if you would be willing to because seriously in five weeks. I've only spent less than two days total with my kid and she has been begging for me every single day every time I talk to her and it's just not fair or right because I can see her every single day, but Matthew is

Text Message

2:55      .ıll 5G 🔋

‹ 8



SL

Scott ›

> I so I was going to see if you would've been willing to do it and come with us to go to the fireworks last night and would've picked you up and whatever and so I'm just throwing that out there to see if you would be willing to because seriously in five weeks. I've only spent less than two days total with my kid and she has been begging for me every single day every time I talk to her and it's just not fair or right because I can see her every single day, but Matthew is refusing to allow me to do that, and just being super abusive just cause I won't have sex with him.

> But let me know. If you could, that would be a huge help and who knows if he would even say yes, but I figured I would just ask because I'm trying to do anything I can to see my daughter.

I can't make no promises but I'll give it a shot I guess

I can't do it today though I'll have to talk to him

> Well, there's fireworks tonight in Waterberry so if you want to go to those, then we could go together if he lets us and I could throw u gas

Text Message

2:55

Scott ›

Well, there's fireworks tonight in Waterberry so if you want to go to those, then we could go together if he lets us and I could throw u gas money or get u something to eat or whatever for doing the favor

But if today is out then maybe we can try the next day ur able even if its for a bit plus u live near me too

Im just desperate to see her. Angelina shouldnt be kept away from me. The judge told him at her last court that he needs to let me see her regularly, and he has refused to do that.

He claims that he asked everybody he knows and that everyone said no but clearly he's never asked you before so if you would be willing to do it, let me know what day works for you and I will send him a message in the app because it says in the court order that everything has to be in writing, and I'll see what he says but I would really appreciate it and I would definitely get you a drink or dinner or whatever for doing me the favor if you help

Naked photos ,, 😊

Text Message

2:55

Scott

Naked photos ,, 😊

Lol u have issues

Can u help me today and maybe just hang at my house if its raining?

No I have plans today I'm sorry

I don't have issues I'm just me

But no photos LOL

Lol u dont have plans every second of the day

Im sure u can squeeze in some time

What are u doing anyway lol

Wat no photos

I'm booked until about 2:00 tomorrow

Mon, Jul 3 at 9:09 AM

Can u do it at 2?

Mon, Jul 3 at 4:25 PM

?

Wed, Jul 5 at 6:42 PM

Text Message

2:55







Scott

Wat no photos

I'm booked until about 2:00 tomorrow

Mon, Jul 3 at 9:09 AM

Can u do it at 2?

Mon, Jul 3 at 4:25 PM

?

Wed, Jul 5 at 6:42 PM

So you tell me that you can help but then tell me that you're only going to do it if you try to extort pornography from me?, it just shows the kind of person you are.

You are aiding and abedding and an accessory to this abuse

Wed, Jul 5 at 9:06 PM

Wat are u talking about

Wed, Jul 5 at 11:54 PM

Can you do this for me? Accept this invitation, we can each earn up to $50!

Text Message

2:55

SL

Scott ›

Wed, Jul 5 at 9:06 PM

Wat are u talking about

Wed, Jul 5 at 11:54 PM

Can you do this for me? Accept this invitation, we can each earn up to $50!



To participate in this event 🔥, download and register on Temu with my link.

bit.ly

Thu, Jul 6 at 12:14 PM

You know I'm very disappointed in you you asked me to help you and then you attacked me what is that all

Text Message

2:55 ▪ 5G 🔋

‹ 8

SL

Scott ›

Thu, Jul 6 at 12:14 PM

You know I'm very disappointed in you you asked me to help you and then you attacked me what is that all about

Monday 12:33 AM

I don't appreciate that I ask you to help so I can see my child and you tell me you only will if I send you naked pictures. Then you have the nerve to have your teenage daughter babysit my kid for 12-16 hours the other day while I haven't seen her in 3 weeks. You and your kid and your brother and whole family are isolating her from me and you trying to extort me for pornographic images is sexual harassment.

Monday 10:12 AM

That's not how that went stop trying to make up stuff not cool

I have all the text messages. What are you and your family are doing is wrong. You smoke cigarettes inside your apartment and do drugs and drink in front of your daughter daily and your daughter found you dead from an overdose and you drink all of

Text Message

2:55  .ıll 5G 🔋

 ‹ 8



SL

Scott ›

Monday 10:12 AM

That's not how that went stop trying to make up stuff not cool

I have all the text messages. What are you and your family are doing is wrong. You smoke cigarettes inside your apartment and do drugs and drink in front of your daughter daily and your daughter found you dead from an overdose and you drink all of the time but you and your brother and mom and sister withhold Angelina from me? Then you have the nerve to demand I give you naked pictures? Please do not contact me again.

Why are you starting stuff with me I've always been nice to for this for me be mad at me I have nothing to do with this

Instead of helping you asked for porn. You have your teenage kid watch my daughter knowing she's being withheld from me. Instead of helping me see her you help withhold her. Do not contact me again.

First of all my daughter is completely capable of watching your child she

   Text Message  

       

2:55

SL

Scott ›

First of all my daughter is completely capable of watching your child she loves that kid second second law she's only watching the kids because you're at court with the other one how are you going to have her and I am not keeping her from you that is not my say I have no say in that that's between you and Matthew s unnecessary

I have not been able to see Angelina for more than 1.5 days in the last 10 weeks. I asked you to supervise a visit so I could see my daughter and instead of helping you asked for naked pictures and then left Angelina alone with Dominic and Tatum. You knowingly allowing your daughter to watch Angelina while I'm sitting here begging for a visit with her is withholding her from me, and that is intentionally inflicting emotional abuse, and sexually harassing me by asking me for naked pictures.

What do you mean I'm at court? I'm not at Court. I am at my house and I would love to see my daughter. Please bring her to me now. Your underage daughter has no right to withhold her.

Text Message

2:55



Scott ›

> What do you mean I'm at court? I'm not at Court. I am at my house and I would love to see my daughter. Please bring her to me now. Your underage daughter has no right to withhold her.

> Like I said, please do not contact me if you are not going to help you and your family have done nothing but try to harm me and my daughter and I will not stand for this any longer. Legal action is being pursued.

Again that's not how that worked stop saying stuff like that I told you I would try to help you and then you're coming at me like this I don't want to help someone like that it's not worth it you're just going to get me involved in something that doesn't need to be involved in so just leave me alone there's nothing I can do

> I asked you stop contacting me. I feel harassed. Please do not contact me again.

Monday 12:23 PM

You shouldn't feel that way but no problem having a very nice life

Text Message

2:55

SL

Scott ›

Again that's not how that worked stop saying stuff like that I told you I would try to help you and then you're coming at me like this I don't want to help someone like that it's not worth it you're just going to get me involved in something that doesn't need to be involved in so just leave me alone there's nothing I can do

I asked you stop contacting me. I feel harassed. Please do not contact me again.

Monday 12:23 PM

You shouldn't feel that way but no problem having a very nice life

Tuesday 6:46 AM

Shouldn't feel that way why? You asked me three different times for naked pictures. When I asked you to help me see my daughter, that you, your child, your mother, brother and half-sister are all withholding from me.

That is sexual-harassment and I will be taking legal action against you and your entire family. If I get one more message from you for any reason

Text Message

2:55

SL

Scott ›

Monday 12:23 PM

You shouldn't feel that way but no problem having a very nice life

Tuesday 6:46 AM

Shouldn't feel that way why? You asked me three different times for naked pictures. When I asked you to help me see my daughter, that you, your child, your mother, brother and half-sister are all withholding from me.

That is sexual-harassment and I will be taking legal action against you and your entire family. If I get one more message from you for any reason whatsoever, I'm calling the police. I'm also going to be notifying Dcf about your drug usage and the fact that you have an unfit home environment for your daughter. You already overdosed in front of her once. Do not contact me again if I get one more message from you I'm calling the police.

Yesterday 11:16 AM

Game on you want to start stuff like this and call DCF you already lost one kid will call  DCF on u and make sure

Text Message

2:56

SL

Scott ›

Yesterday 11:16 AM

Game on you want to start stuff like this and call DCF you already lost one kid will call  DCF on u and make sure you lose the other one

I asked you repeatedly to stop harassing me and contacting me. You now text me and make a threat to make a false report to DCF? This is harassment, threatening, and false report is a felony. I will be going to police immediately and pressing charges. Stop harassing me. Stop threatening me.

You're harassing me by calling DCF you're interfering with my life because yours is horrible very unnecessary stop trying to harm my child I will call the police you will have a restraining order by the end of the day

Stop texting me. I asked you to stop. This is harassment.

Today 1:36 PM

Haha another day you don't get to see your kid haha

Text Message

2:56      5G



Scott

this and call DCF you already lost one kid will call  DCF on u and make sure you lose the other one

I asked you repeatedly to stop harassing me and contacting me. You now text me and make a threat to make a false report to DCF? This is harassment, threatening, and false report is a felony. I will be going to police immediately and pressing charges. Stop harassing me. Stop threatening me.

You're harassing me by calling DCF you're interfering with my life because yours is horrible very unnecessary stop trying to harm my child I will call the police you will have a restraining order by the end of the day

Stop texting me. I asked you to stop. This is harassment.

Today 1:36 PM

Haha another day you don't get to see your kid haha

Sucks that you're a shitty mom haha nice try calling DCF haha you still can't see your kid haha

Text Message

5:04   5G

**Re: Stop calling**  Sent

**TA**

**Theodora Antar**
Sent Jul 28, 2023 at 5:04 PM

To:  Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Why aren't you allowing me to see or speak to Angelina?

From Theodora Antar on Jul 27, 2023 at 9:35 PM

How can she possibly be asleep? You told her to go potty and she said she wanted to finish speaking to us and she would be right back. I called back one minute later and you refused to answer. This interference and abuse needs to stop. Why arent you allowing me to see or speak to my child ? In 70 days I saw her for 46 hours and havent seen her in 4 weeks straight. Why do you and your family keep abusing us this way? Please stop unreasonably and unlawfully withholding her as a means of psychological and emotional abuse and coercion. I want to see Angelina. Why do you keep withholding her ? You waited almost 16 hours to respond to my  messages. You have denied me access to her for an entire month. Please stop harassing and abusing us like this.

From Matthew  Iodice on Jul 27, 2023 at 9:30 PM

Stop calling my phone. It's 930 Angelina is asleep now. You talked to her for two hours

 Reply         Reply all

6:01

 5G

<  

**Re: Supervised visit** Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 6:00 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

You waited until 5pm to reply to me? Is this the kind of isolation abuse you think is acceptable?

---

From Matthew  Iodice on Jul 28, 2023 at 5:06 PM

My family is denying to send pornography? What are you talking about. I asked you this morning if you want to see Angelina. And ask you what the ideal plan is

---

From Theodora Antar on Jul 28, 2023 at 1:57 PM

The fact that you and your family wont let me see or speak to angelina and are now harassing me in retaliation for denying to send pornography is abuse. Why do you keep facetiming me after you were told not to by polixe? Why do you and your family keep abusing me ? I want to see my daughter.

---

From Matthew  Iodice on Jul 28, 2023 at 11:50 AM

??

---

 Reply       Reply all

6:01  LTE

**Re: Bowling** Sent

**Theodora Antar**
Sent Jul 28, 2023 at 6:01 PM

To:  Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Why wont you allow me to see or speak to angelina ? I want to see her immediately. Your brother has been saying i wont see her today, is there a reason why you and your family are withholding Angelina for 4 straight weeks ?

From Theodora Antar on Jul 27, 2023 at 9:30 PM

Hello??? Why did you tell Angelina to use the bathroom and then refuse to allow us to finish the call or say goodnight ??

From Theodora Antar on Jul 25, 2023 at 6:51 AM

Why didnt you allow me to access her while you were busy for 14 hours yesterday? Why wont you let me access her now ???

From Theodora Antar on Jul 24, 2023 at 10:32 AM

Where is Angelina? Who is she with since you're at court? Why arent you letting me see her? Why arent you letting her be with me while youre at court?

Reply     Reply all

6:02

 LTE 

# Please stop harassing and abusing me and angelina
Sent

**Theodora Antar**
Sent Jul 28, 2023 at 6:02 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

 Reply      Reply all

7:09   LTE

**Re: Supervised visit** Sent

**TA**   **Theodora Antar**
Sent Jul 28, 2023 at 7:09 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Yes i did. Why are you withholding her ???? I want to see her immediately. I said it 17 times.

From Matthew  Iodice on Jul 28, 2023 at 6:47 PM

Responded to what though. You never once said anything about seeing her.

From Theodora Antar on Jul 28, 2023 at 6:00 PM

You waited until 5pm to reply to me? Is this the kind of isolation abuse you think is acceptable?

From Matthew  Iodice on Jul 28, 2023 at 5:06 PM

My family is denying to send pornography? What are you talking about. I asked you this morning if you want to see Angelina. And ask you what the ideal plan is

From Theodora Antar on Jul 28, 2023 at 1:57 PM

   

7:10                                        LTE

< 

## Re: Please stop harassing and abusing me and angelina  Sent

**TA** **Theodora Antar**
Sent Jul 28, 2023 at 7:10 PM

To:  Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

---

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

  Reply

  Reply all

7:11     LTE

 

<

**Re: Bowling**  Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:11 PM

To:   Matthew Iodice (Never viewed)
     Lizelle Martin (Never viewed)

????? Hello??? Why do you keep withholding her ???

---

From Theodora Antar on Jul 28, 2023 at 6:01 PM

Why wont you allow me to see or speak to angelina ? I want to see her immediately. Your brother has been saying i wont see her today, is there a reason why you and your family are withholding Angelina for 4 straight weeks ?

---

From Theodora Antar on Jul 27, 2023 at 9:30 PM

Hello??? Why did you tell Angelina to use the bathroom and then refuse to allow us to finish the call or say goodnight ??

---

From Theodora Antar on Jul 25, 2023 at 6:51 AM

Why didnt you allow me to access her while you were busy for 14 hours yesterday? Why wont you let me access her now ???

---

From Theodora Antar on Jul 24, 2023 at 10:32 AM

 **Reply**     **Reply all**

7:12  5G



## Re: Day 56 of asking for a schedule  Sent

**Theodora Antar**
Sent Jul 28, 2023 at 7:12 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Hello?? Please stop abusing us this way. Angelina has the constitutional right to go to church and to see me and you are violating court orders and harassing and using coercion. Why do you keep isolating me from Angelina ?

From Theodora Antar on Jul 27, 2023 at 9:23 PM

Why arent you allowing me to see or speak to Angelina ???

From Theodora Antar on Jul 25, 2023 at 5:22 PM

You have no right to deny me the ability to FaceTime or call my daughter. The protective order states that I am allowed to do that. If I try to do that, and you don't allow it, that is considered you harassing me and using coercion. I also have the right via court order for FaceTime as well as phone calls and it's written in the order and you have no right to deny me that and that if you do it's custodial interference. i went to the police because I asked you repeatedly to stop talking to me during the calls and you won't stop. The court order says I get to FaceTime and the court order says arrangements need to be made in writing. The supervisor who you previously approved of Carrie texted you over 30 minutes ago and you never responded to her. It is now

 Reply           Reply all

7:14                                         5G 

                              

**Re: Supervised visit** Sent

  **Theodora Antar**
       Sent Jul 28, 2023 at 7:14 PM

To:    Matthew  Iodice (Never viewed)
       Lizelle Martin (Never viewed)

I want to see Angelina NOW. Why are you withholding her ??? I asked you repeatedly to let me see her. Where is she and why wont you let me see or talk to her ?!

From Matthew  Iodice on Jul 28, 2023 at 7:10 PM

What is your proposed plan?

From Theodora Antar on Jul 28, 2023 at 7:09 PM

Yes i did. Why are you withholding her ???? I want to see her immediately. I said it 17 times.

From Matthew  Iodice on Jul 28, 2023 at 6:47 PM

Responded to what though. You never once said anything about seeing her.

From Theodora Antar on Jul 28, 2023 at 6:00 PM

 Reply           Reply all

7:15

 5G 

**Re: Supervised visit** Sent



**Theodora Antar**
Sent Jul 28, 2023 at 7:14 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

I want to see Angelina NOW. Why are you withholding her ??? I asked you repeatedly to let me see her. Where is she and why wont you let me see or talk to her ?!

From Matthew  Iodice on Jul 28, 2023 at 7:10 PM

What is your proposed plan?

From Theodora Antar on Jul 28, 2023 at 7:09 PM

Yes i did. Why are you withholding her ???? I want to see her immediately. I said it 17 times.

From Matthew  Iodice on Jul 28, 2023 at 6:47 PM

Responded to what though. You never once said anything about seeing her.

From Theodora Antar on Jul 28, 2023 at 6:00 PM

 Reply          Reply all

7:18

 5G 



## Re: Please stop harassing and abusing me and angelina `Sent`

 **Theodora Antar**
Sent Jul 28, 2023 at 7:18 PM

To:   Matthew  Iodice (Never viewed)
     Lizelle Martin (Never viewed)

If i dont get a reply i will be calling the police. Where is angelina ??? Why are you doing this to us ???

From Theodora Antar on Jul 28, 2023 at 7:10 PM

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

 Reply           Reply all

7:21

5G

   

## Re: Please stop harassing and abusing me and angelina  `Sent`

 **Theodora Antar**
Sent Jul 28, 2023 at 7:20 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Why are you not allowing me contact with Angelina? This is harassment. You were instructed to stop.

From Theodora Antar on Jul 28, 2023 at 7:10 PM

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

 Reply         Reply all

7:22

◀ Phone

KB

Karen ›

5G

respond yourself and instead you just go and tell your son and he continues to harass me due to everything you said and you tell him to try to upset me further. If you do not allow me to access my child today, I will be calling the waterbury police department and filing for a restraining order against you and your whole family as well as a lawsuit. You will not continue to abuse me and my child.

Tuesday 6:27 PM

Im trying to facetime angelina. Your son said we could come get her and we are on our way. Please stop denying me the right to access my daughter or speak to her on FaceTime.

Today 7:21 PM

You have no right to prevent me from speaking to you and seeing my daughter. The court order says I'm aLlowed phone contact. Why are you denying me contact with her ? This id harassment and abuse. Criminal charges will pursued if you keep withholding my daughter. You have zero rights to her

Delivered

iMessage

7:26

5G

**Re: Please stop harassing and abusing me and angelina** Sent

**TA** **Theodora Antar**
Sent Jul 28, 2023 at 7:26 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

From Theodora Antar on Jul 28, 2023 at 7:18 PM

If i dont get a reply i will be calling the police. Where is angelina ??? Why are you doing this to us ???

From Theodora Antar on Jul 28, 2023 at 7:10 PM

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing

↩ **Reply**          ↩ **Reply all**

## Re: Please stop harassing and abusing me and angelina Sent

**TA** **Theodora Antar**
Sent Jul 28, 2023 at 7:30 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Why are you refusing to let me see or speak to my daughter????

---

From Matthew  Iodice on Jul 28, 2023 at 7:27 PM

👍

---

From Theodora Antar on Jul 28, 2023 at 7:26 PM

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

---

From Theodora Antar on Jul 28, 2023 at 7:18 PM

If i dont get a reply i will be calling the police. Where is angelina ??? Why are you doing this to us ???

---

From Theodora Antar on Jul 28, 2023 at 7:10 PM

 Reply

 Reply all

 5G





## Re: Please stop harassing and abusing me and angelina  `Sent`

 **Theodora Antar**
Sent Jul 28, 2023 at 7:46 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Hello??? Why wont you allow me to see or speak to my daughter? Why do you keep harassing me and using coercion and abusing angelina like this?? You wont let me see or speak to her or facetime her ??? Why are you refusing to follow the court order ??

---

From Theodora Antar on Jul 28, 2023 at 7:30 PM

Why are you refusing to let me see or speak to my daughter????

---

From Matthew  Iodice on Jul 28, 2023 at 7:27 PM

👍

---

From Theodora Antar on Jul 28, 2023 at 7:26 PM

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

 Reply           Reply all

## Re: Please stop harassing and abusing me and angelina  Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:46 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Hello??? Why wont you allow me to see or speak to my daughter? Why do you keep harassing me and using coercion and abusing angelina like this?? You wont let me see or speak to her or facetime her ??? Why are you refusing to follow the court order ??

From Theodora Antar on Jul 28, 2023 at 7:30 PM

Why are you refusing to let me see or speak to my daughter????

From Matthew  Iodice on Jul 28, 2023 at 7:27 PM

👍

From Theodora Antar on Jul 28, 2023 at 7:26 PM

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

 Reply         Reply all

7:54  5G

**Re: Supervised visit** Sent

**Theodora Antar**
Sent Jul 28, 2023 at 7:54 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

The police advised me to do so due to your harassment, and i just called. They said to continue to record due to your threats and harassment. So you are not going to let me see or speak to my child anymore ? Why do you keep doing this ?

From Matthew  Iodice on Jul 28, 2023 at 7:48 PM

I do not consent to any recording of our conversations, and I do not consent to Angelina's conversation is being recorded. Under section CGS § 52-570d you have no right to record without our our consent.

From Theodora Antar on Jul 28, 2023 at 7:44 PM

Why wont you let me see or speak to Angelina ???? This is harassment. You were court ordered to let me see her and speak to her regularly. All calls are recorded due to your harassment. Its not secret. I told you every call is recorded over 80 times.

From Matthew  Iodice on Jul 28, 2023 at 7:30 PM

Reply     Reply all

7:55   5G

**Re: Bowling** Sent

TA   **Theodora Antar**
Sent Jul 28, 2023 at 7:55 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Hello?? Why do you keep abusing me this way and reading my messages only to say nothing?

From Theodora Antar on Jul 28, 2023 at 7:47 PM

This is abuse. I want to see Angelina. Why wont you let me see her ? Why wont you let her go to the doctor? Why wont you let her go to church? Why wont you let her go to therapy? Why do you refuse contact and access with her daily? What do you gain by isolating me from Angelina ? This is abuse. Stop withholding her. This is harassment. Please let me see Angelina. I have been begging every day for months. Where is she ??

From Theodora Antar on Jul 28, 2023 at 7:11 PM

????? Hello??? Why do you keep withholding her ???

From Theodora Antar on Jul 28, 2023 at 6:01 PM

Why wont you allow me to see or speak to angelina ? I want to

   

Reply     Reply all

## Re: Supervised visit  Sent

**Theodora Antar**
Sent Jul 28, 2023 at 1:55 PM

To:  Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Can you bring her to my house? She keeps asking to go there

---

From Matthew  Iodice on Jul 28, 2023 at 9:41 AM

It can be today too. What do you have in mind?

---

From Theodora Antar on Jul 28, 2023 at 9:21 AM

Why do I need to wait until the weekend? I want to see her
right now. I just tried to call both of your phones and your
mothers phone. Both you and your mother and stepfather are
withholding Angelina from me and refusing to allow me to see
or speak to her. This is psychological and emotional abuse and
coercion. Why aren't you letting me see her? Why aren't you
letting me speak to her?

---

From Matthew  Iodice on Jul 28, 2023 at 7:33 AM

Do you have any free time to see Angelina this weekend?

↩ **Reply**          ↩ **Reply all**



1:58  5G



## Re: Supervised visit  Sent

**Theodora Antar**
Sent Jul 28, 2023 at 1:57 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

The fact that you and your family wont let me see or speak to angelina and are now harassing me in retaliation for denying to send pornography is abuse. Why do you keep facetiming me after you were told not to by polixe? Why do you and your family keep abusing me ? I want to see my daughter.

---

From Matthew  Iodice on Jul 28, 2023 at 11:50 AM

??

---

From Theodora Antar on Jul 28, 2023 at 9:21 AM

Why do I need to wait until the weekend? I want to see her right now. I just tried to call both of your phones and your mothers phone. Both you and your mother and stepfather are withholding Angelina from me and refusing to allow me to see or speak to her. This is psychological and emotional abuse and coercion. Why aren't you letting me see her? Why aren't you letting me speak to her?

---

From Matthew  Iodice on Jul 28, 2023 at 7:33 AM

 Reply       Reply all

2:47



SL

Scott >

Text Message
Sat, Jul 1 at 4:48 PM

Hey

Sat, Jul 1 at 11:29 PM

Hey

Wats up

Sun, Jul 2 at 8:31 AM

I texted you because I was going to ask if you would be willing to "supervise" a visit yesterday so that I could have seen my daughter. Your brother has been keeping her away from me which I'm sure you know and I have been asking to see her every day and she has been asking to see me every day and every person who I offer as the supervisor he says no to and when I ask him to provide one for me like the court order says he refuses. Yesterday I tried four different people, and he said no to all of them.

I know that he sits there and talks shit about me to you and your entire family every day and every time that I try to call, it's always your sister and your mom running their mouths and

Text Message

2:47    5G

SL

Scott

I know that he sits there and talks shit about me to you and your entire family every day and every time that I try to call, it's always your sister and your mom running their mouths and your brother laughing and all of them especially matt and your mom and sister always talking shit about me in the background in front of my daughter and it is just messed up because I never did anything to hurt my child and I'm not a drug addict I don't have any untreated mental health problems, and Angelina loves me and wants to see me and it's not right to support Somebody only allowing their daughter to see their mother for a period of two days in the last five weeks.

I so I was going to see if you would've been willing to do it and come with us to go to the fireworks last night and would've picked you up and whatever and so I'm just throwing that out there to see if you would be willing to because seriously in five weeks. I've only spent less than two days total with my kid and she has been begging for me every single day every time I talk to her and it's just not fair or right because I can see her every single day, but Matthew is

Text Message

5:04

  

## Re: Stop calling  Sent



**Theodora Antar**
Sent Jul 28, 2023 at 5:04 PM

To: Matthew Iodice (Never viewed)
Lizelle Martin (Never viewed)

Why aren't you allowing me to see or speak to Angelina?

---

From Theodora Antar on Jul 27, 2023 at 9:35 PM

How can she possibly be asleep? You told her to go potty and she said she wanted to finish speaking to us and she would be right back. I called back one minute later and you refused to answer. This interference and abuse needs to stop. Why arent you allowing me to see or speak to my child ? In 70 days I saw her for 46 hours and havent seen her in 4 weeks straight. Why do you and your family keep abusing us this way? Please stop unreasonably and unlawfully withholding her as a means of psychological and emotional abuse and coercion. I want to see Angelina. Why do you keep withholding her ? You waited almost 16 hours to respond to my messages. You have denied me access to her for an entire month. Please stop harassing and abusing us like this.

---

From Matthew Iodice on Jul 27, 2023 at 9:30 PM

Stop calling my phone. It's 930 Angelina is asleep now. You talked to her for two hours

  

6:01  5G 



**Re: Supervised visit** Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 6:00 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

You waited until 5pm to reply to me? Is this the kind of isolation abuse you think is acceptable?

From Matthew  Iodice on Jul 28, 2023 at 5:06 PM

My family is denying to send pornography? What are you talking about. I asked you this morning if you want to see Angelina. And ask you what the ideal plan is

From Theodora Antar on Jul 28, 2023 at 1:57 PM

The fact that you and your family wont let me see or speak to angelina and are now harassing me in retaliation for denying to send pornography is abuse. Why do you keep facetiming me after you were told not to by polixe? Why do you and your family keep abusing me ? I want to see my daughter.

From Matthew  Iodice on Jul 28, 2023 at 11:50 AM

??

 Reply     Reply all

6:01   LTE

**Re: Bowling** Sent

TA **Theodora Antar**
Sent Jul 28, 2023 at 6:01 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Why wont you allow me to see or speak to angelina ? I want to see her immediately. Your brother has been saying i wont see her today, is there a reason why you and your family are withholding Angelina for 4 straight weeks ?

From Theodora Antar on Jul 27, 2023 at 9:30 PM

Hello??? Why did you tell Angelina to use the bathroom and then refuse to allow us to finish the call or say goodnight ??

From Theodora Antar on Jul 25, 2023 at 6:51 AM

Why didnt you allow me to access her while you were busy for 14 hours yesterday? Why wont you let me access her now ???

From Theodora Antar on Jul 24, 2023 at 10:32 AM

Where is Angelina? Who is she with since you're at court? Why arent you letting me see her? Why arent you letting her be with me while youre at court?

 Reply         Reply all

6:02   LTE

# Please stop harassing and abusing me and angelina

Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 6:02 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

↩ Reply          ↩ Reply all

7:09    LTE

  

**Re: Supervised visit** Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:09 PM

To:    Matthew  Iodice (Never viewed)
        Lizelle Martin (Never viewed)

Yes i did. Why are you withholding her ???? I want to see her immediately. I said it 17 times.

From Matthew  Iodice on Jul 28, 2023 at 6:47 PM

Responded to what though. You never once said anything about seeing her.

From Theodora Antar on Jul 28, 2023 at 6:00 PM

You waited until 5pm to reply to me? Is this the kind of isolation abuse you think is acceptable?

From Matthew  Iodice on Jul 28, 2023 at 5:06 PM

My family is denying to send pornography? What are you talking about. I asked you this morning if you want to see Angelina. And ask you what the ideal plan is

From Theodora Antar on Jul 28, 2023 at 1:57 PM

 **Reply**       **Reply all**

7:10    LTE

## Re: Please stop harassing and abusing me and angelina Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:10 PM

To:    Matthew  Iodice (Never viewed)
       Lizelle Martin (Never viewed)

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

---

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

↩ Reply             ↩ Reply all

7:11   LTE

  

**Re: Bowling** Sent



**Theodora Antar**
Sent Jul 28, 2023 at 7:11 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

????? Hello??? Why do you keep withholding her ???

From Theodora Antar on Jul 28, 2023 at 6:01 PM

Why wont you allow me to see or speak to angelina ? I want to see her immediately. Your brother has been saying i wont see her today, is there a reason why you and your family are withholding Angelina for 4 straight weeks ?

From Theodora Antar on Jul 27, 2023 at 9:30 PM

Hello??? Why did you tell Angelina to use the bathroom and then refuse to allow us to finish the call or say goodnight ??

From Theodora Antar on Jul 25, 2023 at 6:51 AM

Why didnt you allow me to access her while you were busy for 14 hours yesterday? Why wont you let me access her now ???

From Theodora Antar on Jul 24, 2023 at 10:32 AM





 7:12  5G<sub>w</sub> 

<

## Re: Day 56 of asking for a schedule  Sent

  **Theodora Antar**
Sent Jul 28, 2023 at 7:12 PM

To:  Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Hello?? Please stop abusing us this way. Angelina has the constitutional right to go to church and to see me and you are violating court orders and harassing and using coercion. Why do you keep isolating me from Angelina ?

---

From Theodora Antar on Jul 27, 2023 at 9:23 PM

Why arent you allowing me to see or speak to Angelina ???

---

From Theodora Antar on Jul 25, 2023 at 5:22 PM

You have no right to deny me the ability to FaceTime or call my daughter. The protective order states that I am allowed to do that. If I try to do that, and you don't allow it, that is considered you harassing me and using coercion. I also have the right via court order for FaceTime as well as phone calls and it's written in the order and you have no right to deny me that and that if you do it's custodial interference. i went to the police because I asked you repeatedly to stop talking to me during the calls and you won't stop. The court order says I get to FaceTime and the court order says arrangements need to be made in writing. The supervisor who you previously approved of Carrie texted you over 30 minutes ago and you never responded to her. It is now



| ↩ Reply | ↩ Reply all |

7:14                                              5G

## Re: Supervised visit  Sent



**Theodora Antar**
Sent Jul 28, 2023 at 7:14 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

I want to see Angelina NOW. Why are you withholding her ??? I asked you repeatedly to let me see her. Where is she and why wont you let me see or talk to her ?!

From Matthew  Iodice on Jul 28, 2023 at 7:10 PM

What is your proposed plan?

From Theodora Antar on Jul 28, 2023 at 7:09 PM

Yes i did. Why are you withholding her ???? I want to see her immediately. I said it 17 times.

From Matthew  Iodice on Jul 28, 2023 at 6:47 PM

Responded to what though. You never once said anything about seeing her.

From Theodora Antar on Jul 28, 2023 at 6:00 PM

 Reply           Reply all

7:15    5G 

   

## Re: Supervised visit  Sent

**Theodora Antar**
Sent Jul 28, 2023 at 7:14 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

I want to see Angelina NOW. Why are you withholding her ??? I asked you repeatedly to let me see her. Where is she and why wont you let me see or talk to her ?!

From Matthew  Iodice on Jul 28, 2023 at 7:10 PM

What is your proposed plan?

From Theodora Antar on Jul 28, 2023 at 7:09 PM

Yes i did. Why are you withholding her ???? I want to see her immediately. I said it 17 times.

From Matthew  Iodice on Jul 28, 2023 at 6:47 PM

Responded to what though. You never once said anything about seeing her.

From Theodora Antar on Jul 28, 2023 at 6:00 PM

   
Reply                  Reply all

7:18

## Re: Please stop harassing and abusing me and angelina   Sent

**Theodora Antar**
Sent Jul 28, 2023 at 7:18 PM

To:   Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

If i dont get a reply i will be calling the police. Where is angelina ??? Why are you doing this to us ???

From Theodora Antar on Jul 28, 2023 at 7:10 PM

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

↩ Reply        ↩ Reply all

7:21    5G 



## Re: Please stop harassing and abusing me and angelina Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:20 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Why are you not allowing me contact with Angelina? This is harassment. You were instructed to stop.

---

From Theodora Antar on Jul 28, 2023 at 7:10 PM

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

---

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing me. Why are you doing this??

↩ Reply          ↩ Reply all



**7:22**

◀ Phone



KB

Karen ›

respond yourself and instead you just go and tell your son and he continues to harass me due to everything you said and you tell him to try to upset me further. If you do not allow me to access my child today, I will be calling the waterbury police department and filing for a restraining order against you and your whole family as well as a lawsuit. You will not continue to abuse me and my child.

Tuesday 6:27 PM

Im trying to facetime angelina. Your son said we could come get her and we are on our way. Please stop denying me the right to access my daughter or speak to her on FaceTime.

Today 7:21 PM

You have no right to prevent me from speaking to you and seeing my daughter. The court order says I'm aLlowed phone contact. Why are you denying me contact with her ? This id harassment and abuse. Criminal charges will pursued if you keep withholding my daughter. You have zero rights to her

Delivered

iMessage

7:26

## Re: Please stop harassing and abusing me and angelina Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:26 PM

To:   Matthew  Iodice (Never viewed)
        Lizelle Martin (Never viewed)

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

---

From Theodora Antar on Jul 28, 2023 at 7:18 PM

If i dont get a reply i will be calling the police. Where is angelina ??? Why are you doing this to us ???

---

From Theodora Antar on Jul 28, 2023 at 7:10 PM

Hello??? Why wont you respond??? Why do you keep abusing us like this ???

---

From Theodora Antar on Jul 28, 2023 at 6:02 PM

I want to see and speak to Angelina immediately. Where is she ? Please bring her to me immediately. It has been 4 weeks of isolation, 12 weeks of you only giving me less than 2 days with her. You and your family wont stop abusing and harassing

 

7:30



## Re: Please stop harassing and abusing me and angelina `Sent`

 **Theodora Antar**
Sent Jul 28, 2023 at 7:30 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Why are you refusing to let me see or speak to my daughter????

From Matthew  Iodice on Jul 28, 2023 at 7:27 PM

👍

From Theodora Antar on Jul 28, 2023 at 7:26 PM

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

From Theodora Antar on Jul 28, 2023 at 7:18 PM

If i dont get a reply i will be calling the police. Where is angelina ??? Why are you doing this to us ???

From Theodora Antar on Jul 28, 2023 at 7:10 PM

 Reply      Reply all

7:45



**Re: Supervised visit** Sent

**TA** **Theodora Antar**
Sent Jul 28, 2023 at 7:44 PM

To: Matthew Iodice (Never viewed)
Lizelle Martin (Never viewed)

Why wont you let me see or speak to Angelina ???? This is harassment. You were court ordered to let me see her and speak to her regularly. All calls are recorded due to your harassment. Its not secret. I told you every call is recorded over 80 times.

From Matthew Iodice on Jul 28, 2023 at 7:30 PM

So I keep answering your call, for some reason you keep adding in another call. I don't feel comfortable with that. You can call to talk to Angelina but we are not comfortable with you secretly adding another call. My phone alerts me to such.

From Theodora Antar on Jul 28, 2023 at 7:14 PM

I want to see Angelina NOW. Why are you withholding her ??? I asked you repeatedly to let me see her. Where is she and why wont you let me see or talk to her ?!

From Matthew Iodice on Jul 28, 2023 at 7:10 PM





7:46

 5G 



**Re: Please stop harassing and abusing me and angelina** Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:46 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

Hello??? Why wont you allow me to see or speak to my daughter? Why do you keep harassing me and using coercion and abusing angelina like this?? You wont let me see or speak to her or facetime her ??? Why are you refusing to follow the court order ??

---

From Theodora Antar on Jul 28, 2023 at 7:30 PM

Why are you refusing to let me see or speak to my daughter????

---

From Matthew  Iodice on Jul 28, 2023 at 7:27 PM



---

From Theodora Antar on Jul 28, 2023 at 7:26 PM

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

 **Reply**         **Reply all**

# Re: Please stop harassing and abusing me and angelina Sent

**Theodora Antar**
Sent Jul 28, 2023 at 7:46 PM

To:  Matthew  Iodice (Never viewed)
     Lizelle Martin (Never viewed)

Hello??? Why wont you allow me to see or speak to my daughter? Why do you keep harassing me and using coercion and abusing angelina like this?? You wont let me see or speak to her or facetime her ??? Why are you refusing to follow the court order ??

From Theodora Antar on Jul 28, 2023 at 7:30 PM

Why are you refusing to let me see or speak to my daughter????

From Matthew  Iodice on Jul 28, 2023 at 7:27 PM

👍

From Theodora Antar on Jul 28, 2023 at 7:26 PM

If you don't let me see, or speak to Angelina within the next five minutes, I'll be pressing charges against you and your family for what you were doing.

 Reply

 Reply all

7:54

  

**Re: Supervised visit** Sent

 **Theodora Antar**
Sent Jul 28, 2023 at 7:54 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

The police advised me to do so due to your harassment, and i just called. They said to continue to record due to your threats and harassment. So you are not going to let me see or speak to my child anymore ? Why do you keep doing this ?

From Matthew  Iodice on Jul 28, 2023 at 7:48 PM

I do not consent to any recording of our conversations, and I do not consent to Angelina's conversation is being recorded. Under section CGS § 52-570d you have no right to record without our our consent.

From Theodora Antar on Jul 28, 2023 at 7:44 PM

Why wont you let me see or speak to Angelina ???? This is harassment. You were court ordered to let me see her and speak to her regularly. All calls are recorded due to your harassment. Its not secret. I told you every call is recorded over 80 times.

From Matthew  Iodice on Jul 28, 2023 at 7:30 PM

 

8:09

 LTE

**Re: Supervised visit** Inbox



**Matthew  Iodice**
Sent Jul 28, 2023 at 7:58 PM

To:   Theodora Antar (viewed Jul 28, 2023 at 8:09 PM)

Any recorded calls are inadmissible in court so it doesn't phase me, but I don't consent to you recording calls with me nor with Angelina for the record. So you do know. If at any point I see you recording calls or you try to third party screen the calls, the call will be terminated

---

From Theodora Antar on Jul 28, 2023 at 7:54 PM

The police advised me to do so due to your harassment, and i just called. They said to continue to record due to your threats and harassment. So you are not going to let me see or speak to my child anymore ? Why do you keep doing this ?

---

From Matthew  Iodice on Jul 28, 2023 at 7:48 PM

I do not consent to any recording of our conversations, and I do not consent to Angelina's conversation is being recorded. Under section CGS § 52-570d you have no right to record without our our consent.

---

From Theodora Antar on Jul 28, 2023 at 7:44 PM

 Reply           Reply all

8:15

  

**Re: Bowling**  `Sent`

 **Theodora Antar**
Sent Jul 28, 2023 at 8:15 PM

To:   Matthew  Iodice (Never viewed)
      Lizelle Martin (Never viewed)

I'm going to have to go to the police if you keep withholding Angelina. Why are you doing this?

---

From Theodora Antar on Jul 28, 2023 at 7:55 PM

Hello?? Why do you keep abusing me this way and reading my messages only to say nothing?

---

From Theodora Antar on Jul 28, 2023 at 7:47 PM

This is abuse. I want to see Angelina. Why wont you let me see her ? Why wont you let her go to the doctor? Why wont you let her go to church? Why wont you let her go to therapy? Why do you refuse contact and access with her daily? What do you gain by isolating me from Angelina ? This is abuse. Stop withholding her. This is harassment. Please let me see Angelina. I have been begging every day for months. Where is she ??

---

From Theodora Antar on Jul 28, 2023 at 7:11 PM





8:34

## Re: Supervised visit  Sent



**Theodora Antar**
Sent Jul 28, 2023 at 8:34 PM

To:   Matthew  Iodice (Never viewed)
       Lizelle Martin (Never viewed)

Why would you lie to Angelina and tell her that I am sick and that that's why I can't see her? This is psychological abuse. Why do you keep withholding Angelina from me? Why did you and your minor son and minor niece make disparaging and harassing statements about me to my daughter during that phone call. You were just warned a few days ago to stop harassing me and you keep calling me and facetiming New late at night and harassing me and calling me and talking to me during the calls. I want to speak to my child now and I want to see her now. I just tried to FaceTime and Google duo and you refuse to answer. Why are you withholding contact and access to Angelina??

From Matthew  Iodice on Jul 28, 2023 at 8:32 PM

You wasted your whole call interrogating her and trying to turn her against me. I wish you can see how much you hurt her by doing that. Just talk to your daughter. Asked her about her day and how it was. She went blueberry and peach picking today. She wanted to tell you about that all day and instead all you did was berate her with questions. Please, get better for Angelinas sake. She needs a mom and a dad





8:39

### Re: Supervised visit Inbox



**Matthew  Iodice**
Sent Jul 28, 2023 at 8:37 PM

To:   Theodora Antar (viewed Jul 28, 2023 at 8:38 PM)

You are sick, you need help Theo. There is a reason you are on strictly supervised visits and lost custody. Please get the psychological help you need and get better for our daughter. She needs her mom. When are you next available for a supervised visit and what do you have in mind

From Theodora Antar on Jul 28, 2023 at 8:35 PM

Why would you lie to Angelina and tell her that I am sick and that's why I can't see her? This is psychological abuse. Why do you keep withholding Angelina from me? Why did you and your minor son and minor niece make disparaging and harassing statements about me to my daughter during that phone call. You were just warned a few days ago to stop harassing me and you keep calling me and facetiming New late at night and harassing me and calling me and talking to me during the calls. I want to speak to my child now and I want to see her now. I just tried to FaceTime and Google duo and you refuse to answer. Why are you withholding contact and access to Angelina??

From Theodora Antar on Jul 28, 2023 at 8:10 PM





9:21

**Re: Supervised visit** Sent



**Theodora Antar**
Sent Jul 28, 2023 at 9:21 AM

To:  Matthew  Iodice (Never viewed)
Lizelle Martin (Never viewed)

Why do I need to wait until the weekend? I want to see her right now. I just tried to call both of your phones and your mothers phone. Both you and your mother and stepfather are withholding Angelina from me and refusing to allow me to see or speak to her. This is psychological and emotional abuse and coercion. Why aren't you letting me see her? Why aren't you letting me speak to her?

From Matthew  Iodice on Jul 28, 2023 at 7:33 AM

Do you have any free time to see Angelina this weekend?

↩ **Reply**   ↩ **Reply all**