UNITED STATES DISTRICT COURT
District of Connecticut

_____
*Plaintiff*

v.

_____                    Case No._____
*Defendant*

**NOTICE OF PRO SE APPEARANCE**

To: The clerk of court and all parties of record, I am representing myself in the matter above.

_____                                    *Theodora Antar*
*Date*                                              _____
                                                    *Filer's signature*

                                                    _____
                                                    *Printed name*

                                                    _____
                                                    *Address*

                                                    _____
                                                    *City, State, Zip Code*

                                                    _____
                                                    *Telephone number*

**CERTIFICATE OF SERVICE**

I hereby certify that on _____, a copy of foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to [Below list the names and addresses of anyone unable to accept electronic filing] as indicate on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*List here*:

                                                    *Theodora Antar*
                                                    _____
                                                    *Filer's signature*

Rev.  8/11/15